UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**PANDORA SHELTON**

    Plaintiff,

v.

**ALLIANT CAPITAL MANAGEMENT LLC,**

    Defendant.

**JURY TRIAL DEMAND**

Case: 4:23-cv-12548
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 10-10-2023
CMP Pamela Shelton v. Alliant Capital Management (tt)

**COMPLAINT AND DEMAND FOR JURY**

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Pandora Shelton an individual consumer, against Defendant, Alliant Capital Management for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

### II. JURISDICTION AND VENUE

2. The court has jurisdiction under 15 U.S.C § 1692k (d) and 28 U.S.C § 1331. Venue in this District is proper as the Defendant transacts business in Michigan.

## III. PARTIES

3. Plaintiff is a natural person residing in the Eastern District of Michigan. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C.§1692a (3).

4. Upon information and belief, Defendant principal place of business is 1965 Sheridan Drive, Suite 100, Buffalo, New York 14223.

5. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a (6).

## IV. FACTS OF THE COMPLAINT

6. Defendant attempting to collect a debt that arose from a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family. or household purposes.

7. On or around September 14, 2023, Plaintiff received a email from defendant attempting to collect an alleged debt in the amount of $911.30 allegedly owed to Tempoe LLC. **(Please see Exhibit A)**

8. On or around September 14, 2023, Plaintiff responded "I Refuse to Pay This Alleged of $911" pursuant to 15 U.S.C 1692c (c). **(Please see Exhibit A).**

9. Despite receiving Plaintiff's notice, Defendant continued its attempts to contact Plaintiff via email on October 4, 2023, in violation of 15 U.S.C. § 1692c (c). **(Please see Exhibit B).**

10. Defendant used unconscious means to collect on this alleged debt for their financial gains, as this unlawful tactic was not a result of a bona fide error, as the continual nature of defendant violations and its persistence in attempting to collect the alleged debt

post Plaintiffs clear communication of a refusal to pay strongly suggest a willful disregard for the FDCPA, rather than a bona fied error.

11. Plaintiff has and continues to suffer actual damages as a result of the illegal debt collection communications by Defendant in the form of anxiety, decreased ability to focus on tasks while at work, frustration, emotional distress, and other negative emotions.

12. Defendant has disturbed plaintiffs' peace, blood pressure and her right to be free of communication from the defendant seeking collection of the debt at issue. The anxiety and worry were caused by concerns if defendant was going to continue their unlawful collection communication.

## V. FIRST CLAIM FOR RELIEF

13. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

14. **Defendant violated the FDCPA. Defendant's violations include, but are not Limited to, the following:**

15. Defendant violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

16. Defendant violated 15 U.S.C § 1692f of the FDCPA by using unfair and unconscious means to collect on the alleged debt.

17. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages and statutory damages pursuant to 15 U.S.C § 1692k.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that

judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages;

C. Statutory damages;

D. For such other and further relief as the Court may deem just and proper.

Dated: October 9, 2023,	Respectfully Submitted

/s/ Pandora Shelton

Email: Pandorashelton51@gmail.com

Exhibit A

 Gmail

Pandora Shelton <...>

### Your Account
2 messages

**Alliant Capital Management LLC** <billing@alliantcapital.net>  Thu, Sep 14 at 12:15 PM

Alliant Capital Management LLC · 1965 Sheridan Drive, Suite 100, Buffalo, NY 14223 · Toll Free 877-957-8334
www.alliantcapital.net

**PANDORA SHELTON**
**534 NOTRE DAME**
**GROSSE POINTE, MI, 48230**

Thursday, September 14, 2023

Our Reference # 4718454
Current Creditor: Security Credit Services, LLC
Current Creditors Account # 3931613
Original Creditor: TEMPOE LLC
Original Acct # G9GRQH2
Current Account Balance: $911.30

PANDORA SHELTON,

We have been trying to contact you about the above referenced account that was placed in our office.

We understand that sometimes things happen in life that put people financially behind. That is why our representatives are available to work with you.

For your convenience, please contact one of our trained representatives to see what options are available for you or if you do not want to speak to anyone, you can make a payment and review your account online at
https://www.alliantcapital.net/online-payment

Please contact us directly at 877-957-8122 to speak to a representative. Representatives are available Monday through Thursday 9:00 am to 6:00 pm eastern standard time (EST) or Friday 9:00 am – 3:00 pm EST.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

NOTICE: SEE FOLLOWING PAGE FOR IMPORTANT INFORMATION

Please Note: We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal laws.

California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

You may request records showing the following: (1) that Alliant Capital Management has the right to seek collection of

*Exhibit A*

Commerce and Insurance

Wisconsin Residents: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org

To unsubscribe from future emails please Click Unsubscribe

---

**Pandora Shelton** <pandorashelton51@gmail.com>  Thu, Sep 14 at 12:21 PM
To: Alliant Capital Management LLC <billing@alliantcapital.net>

I refuse to pay this alleged debt of $911!
[Quoted text hidden]

Exhibit B



Pandora Shelton <pandorashelton51@gmail.com>

### Your Account

**Alliant Capital Management LLC** <billing@alliantcapital.net>   Wed, Oct 4 at 1:43 PM
To: <PANDORASHELTON51@gmail.com>

Alliant Capital Management LLC. 1965 Sheridan Drive, Suite 100, Buffalo, New York 14223 - Toll Free 877-957-8334
www.alliantcapital.net

**PANDORA SHELTON
534 NOTRE DAME
GROSSE POINTE, MI, 48230**

Wednesday, October 4, 2023

Our Reference #: 4718454
Current Creditor: Security Credit Services, LLC
Current Creditors Account #: 3931613
Original Creditor: TEMPOE LLC
Original Acct #: G9GRQH2
Current Account Balance: $911.30

PANDORA SHELTON,

Security Credit Services, LLC has authorized us to provide you with the following offer. We will accept $729.04 to fully satisfy your obligations on this account.

Upon clearance of the funds, your account will be satisfied for less than the original balance and you will be released from any further obligations regarding this matter. This offer expires October 18, 2023. We are not obligated to renew this offer.

For your convienience, you can make payments and access your account information 24 hours day, seven days a week at https://www.alliantcapital.net/online-payment.

Please contact us directly at 877-957-8334 to obtain additional information. Representatives are available Monday through Thursday 9:00 am to 6:00 pm eastern standard time (EST) or Friday 9:00 am - 3:00 pm EST.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Please Note: We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal laws.

California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

You may request records showing the following: (1) that Alliant Capital Management has the right to seek collection of

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: ____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Pandora Shelton

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
19405 Kingsville Harperwoods, MI, 48225
(313) 464-5057

## DEFENDANTS
Alliant Capital Management LLC

County of Residence of First Listed Defendant: ____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS - Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692c(c)

Brief description of cause: ____

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** ____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE ____ DOCKET NUMBER ____

**DATE:** 10-09-23
**SIGNATURE OF ATTORNEY OF RECORD:** Pandora Shelton

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

    Notes: _____